# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREASURE TRIPLETT, an individual,<br><br>              Plaintiff,<br><br>   v.<br><br>FEDERAL EXPRESS CORPORATION, a corporation; FEDEX EXPRESS, a corporation; VANESSA DAILEY-SANCHEZ, an individual; and DOES 1 through 50, inclusive<br><br>             Defendants. | **Case No.: 2:20-cv-10247 DSF (MAAx)**<br><br>**Assigned to: Dale S. Fischer**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>Complaint Filed: July 6, 2020<br>Trial Date:       None set |

Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED: February 16, 2021

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE